IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

NORTHEASTERN DIVISION

FILED 99 MAY 21 AM 11:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED MAY 21 1999

UNITED STATES OF AMERICA, )
)
     Plaintiff, )
)
v. ) CV 99-G-0706-NE
)
CARLOS KENNEMER, )
)
     Defendant. )

### FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, Carlos Kennemer, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

     1.    The Summons and Complaint were served upon Defendant on April 5, 1999; Defendant has failed to appear, plead, or otherwise defend.

     2.    Defendant, Carlos Kennemer, is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

     3.    Defendant, Carlos Kennemer, is indebted to Plaintiff in the principal sum of $744.94, administrative charges of $29.62, U.S. Marshal costs of $55.50, court costs of $150.00 pursuant to 28 U.S.C. § 2412 (a)(2), accrued interest of $489.19

5

as of May 6, 1999, at the interest rate of 9%, plus interest at the prevailing legal rate from the date of judgment, and the principal sum of $500.00, accrued interest of $249.74 as of May 6, 1999, at the interest rate of 3% plus interest at the prevailing legal rate from the date of judgment.

    4. Plaintiff is due to recover from Defendant, Carlos Kennemer, the sum of $2,218.99, plus interest hereafter at the prevailing legal rate per annum until paid in full, plus any additional costs. An abstract of judgment will be entered accordingly.

    Done this the 21st day of May, 1999.

_____
SENIOR UNITED STATES DISTRICT JUDGE